## Pro Se Verification Form

Case Number: __15-3681__

Date Filed: __2-4-15__

ID Picture Tampered With:     YES   -or-   (NO) 

SSN Listed In Database Previously By Someone Else:     YES   -or-   (NO) 

**Mail-In Case – No Photo ID Required:**    

Insert Picture Below



Last Updated: 12/11/2013